# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BRITT OTIS ROBINSON**                                                              **PLAINTIFF**

v.                              **CASE NO. 2:20-CV-00096 BSM**

**DUANE ROBERTS,** *et al.*                                                          **DEFENDANTS**

## ORDER

Britt Robinson's motion to reopen case [Doc. No. 6] is granted. His complaint [Doc. No. 2] is dismissed without prejudice.

Robinson's incarceration triggers automatic screening of his complaint. *See* 28 U.S.C. § 1915A. His felon in possession charge was *nolle prossed*, but he was on probation and the charge gave the courts grounds for revocation. Doc. No. 6. Robinson claims he never had a gun. Doc. No. 2 at 5.

Robinson's damages claims are barred. *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994); *Newmy v. Johnson*, 758 F.3d 1008, 1011–12 (8th Cir. 2014). To the extent he seeks release from incarceration, that remedy is unavailable here. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). Jurisdiction over any state law claims shall not be exercised. 28 U.S.C. § 1367(c)(3).

Robinson's claims are dismissed without prejudice. This dismissal counts as a "strike" for the purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 6th day of August, 2020.

                                              */s/ Brian S. Miller*
                                              UNITED STATES DISTRICT JUDGE