# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BRITT OTIS ROBINSON**                                                                           **PLAINTIFF**

**v.**                          **CASE NO. 2:20-CV-00096 BSM**

**DUANE ROBERTS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE